# THE STATE OF TEXAS
# M A N D A T E

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE COUNTY COURT AT LAW OF CHEROKEE COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 22nd day of July, 2015, the cause upon appeal to revise or reverse your judgment between

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF N. K.,**
**Appellant**

**NO. 12-15-00024-CV; Trial Court No. 41,263**

Opinion by Greg Neeley, Justice.

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the trial court's orders.

It is therefore ORDERED, ADJUDGED and DECREED that the trial court's orders for temporary inpatient mental health services, committing N.K. to the Hospital for a period not to exceed ninety days, and authorizing the Department to administer psychoactive medications to N.K. **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 5th day of October, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk